IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00193-MSK-MEH

JULIE A. McTWIGAN-EVANS,
ESTATE OF BILL EVANS, and
KRISTOPHER B. HILL, a minor,
by LORI HILL, his mother and next friend,

      Plaintiffs,

v.

KAREN SPAULDING,
BRIAN IVERS, and
THE CITY OF FORT COLLINS, a Colorado municipal corporation,

      Defendants.

## ORDER DENYING MOTION FOR STAY

THIS MATTER comes before the Court on a letter **(#19)** filed by the Plaintiffs' attorney requesting the case be stayed for up to 60 days while he awaits a determination as to whether he will be readmitted to practice in this Court. The Court construes this letter as a motion to stay proceedings. The Defendants filed a response **(#20)** in which they take no position regarding the requested stay. Having considered the motion and the Defendants' response, the Court

**FINDS** and **CONCLUDES** that:

The Plaintiffs' attorney, Leo Wotan, Jr., was previously admitted to the bar of this Court. As a consequence of his suspension from the practice of law in 1997, he is no longer admitted to practice in this Court. Pursuant to D.C.COLO.LCivR 83.3(E), he may not file pleadings on the Plaintiffs' behalf until and unless he is readmitted.

The Court declines to stay the proceedings in this case in anticipation of a determination regarding his application for readmission. However, the Court will allow the Plaintiffs additional time to obtain counsel admitted to the bar of this Court and to respond to the Defendants' motion to dismiss **(#7)**.

    **IT IS THEREFORE ORDERED** that:

(1) The motion to stay proceedings **(#19)** is **DENIED**.

(2) On or before March 24, 2006, Mr. Wotan shall file a statement with the Court containing the addresses of each Plaintiff. Apart from such written statement, Mr. Wotan shall not file any other pleadings in this case until and unless he is readmitted to the bar of this Court and complies with the registration process for CM/ECF.

(3) The Plaintiffs shall have until April 14, 2006, to obtain counsel admitted to the bar of this Court and to file their response, if any, to the Defendants' motion to dismiss **(#7)**.

Dated this 14th day of March, 2006

                                          **BY THE COURT:**

                                        *Marcia S. Krieger*
                                        _____

                                        Marcia S. Krieger
                                        United States District Judge