IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00193-MSK-MEH

JULIE A. McTWIGAN-EVANS,
ESTATE OF BILL EVANS, and
KRISTOPHER B. HILL, a minor,
by LORI HILL, his mother and next friend,

        Plaintiffs,

v.

KAREN SPAULDING,
BRIAN IVERS, and
THE CITY OF FORT COLLINS, a Colorado municipal corporation,

        Defendants.

## ORDER DISCHARGING ORDER TO SHOW CAUSE

THIS MATTER comes before the Court on the response **(#26)** of Plaintiffs' counsel to the Court's Order **(#24)** directing him to show cause why he should not be held in civil contempt for his failure to file a statement with the Court on or before March 24, 2006, containing the addresses of each Plaintiff. Counsel responds that his failure to provide the addresses was the result of inadvertent oversight. He also filed the Plaintiffs' last known addresses to the Court. **(#28).** Based thereon, the Court cannot conclude that counsel's failure to comply with the

Court's prior Order was willful.

**IT IS THEREFORE ORDERED** that the Order to Show Cause **(#24)** is

**DISCHARGED**.

Dated this 11th day of May, 2006

**BY THE COURT:**

*Marcia S. Krieger*
_____

Marcia S. Krieger
United States District Judge