IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00193-MSK-MEH

JULIE A. MCTWIGAN-EVANS, as Personal Representative of
the Estate of Bill Evans,

      Plaintiff,

v.

KAREN SPAULDING;
BRIAN IVERS; and
THE CITY OF FORT COLLINS, a Colorado municipal corporation,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, January 17, 2007.**

      Defendants have filed a Motion to Strike Plaintiff's Designation of Expert John Koziol [Filed October 20, 2006; Docket #50]. Although Plaintiff filed no response, Plaintiff's counsel stated in the Motion for Remedial Relief, if Necessary, and for Leave to Designate Experts Out of Time [Docket #60] that the "notice" to which Defendants' Motion applies was simply a notice to Defendants and that he was waiting for the Court's ruling to provide a proper designation. Dock. #69, p. 2. As such, to the extent that Plaintiff's "notice" was treated as a formal designation, Defendants' Motion to Strike is **granted**. The Court will address whether Plaintiff will be allowed to designate any expert witnesses out of time after the Motion to Designate Out of Time is fully briefed.