IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00193-MSK-MEH

JULIE A. MCTWIGAN-EVANS, as Personal Representative of
the Estate of Bill Evans,

      Plaintiff,
v.

KAREN SPAULDING;
BRIAN IVERS; and
THE CITY OF FORT COLLINS, a Colorado municipal corporation,

      Defendants.

**ORDER ON PLAINTIFF'S MOTION FOR REMEDIAL RELIEF, IF NECESSARY, AND FOR LEAVE TO DESIGNATE EXPERTS OUT OF TIME**

Plaintiff has filed a Motion for Remedial Relief, if Necessary, and for Leave to Designate Experts Out of Time [Docket #69], requesting leave to designate expert John Koziel out of time. The motion has been referred to this Court and is briefed. The Court will not repeat the tortured history of this litigation, except to state that Plaintiff's counsel has been sanctioned several times for his failures to practice law in this District Court in compliance with the local and federal rules. The Court does not intend for the Plaintiff to suffer because of her counsel's conduct. Therefore, after considering all the arguments and the equities, the Court will permit an expert designation of John Kozial **in compliance with the federal rules concerning designation of specially retained experts** on or before **February 5, 2007**. Defendants shall have 30 days in which to designate any rebuttal expert(s).

All discovery concerning experts must be completed by March 21, 2007. The Court intends to proceed with the Settlement Conference on March 6, 2007, and will not permit this extension to interfere with District Judge Krieger's April 19, 2007, Final Pretrial Conference. No further

2

extensions will be considered.

Accordingly, Plaintiff's Motion for Remedial Relief, if Necessary, and for Leave to Designate Experts Out of Time [Filed December 12, 2006; Docket #69] is **granted** as specified herein and **denied** in all other respects.

Dated at Denver, Colorado this 26th day of January, 2007.

BY THE COURT:

  s/Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge