IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00193-MSK-MEH

JULIE MCTWIGAN-EVANS, as Personal Representative of the Estate of Bill Evans,

        Plaintiff,

v.

KAREN SPAULDING,
BRIAN IVERS, and
THE CITY OF FORT COLLINS, a Colorado municipal corporation,

        Defendants.

## ORDER TO CURE DEFICIENCY

Krieger, Judge

    Plaintiff submitted a Plaintiff's Motion For Permission To Appeal In Forma Pauperis on May 21, 2007 . The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if she wishes to pursue this appeal.

**(A)**   **Filing Fee**
    ___ is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
    ___ is not submitted
    _X_ is not on proper form (must use the court's current form)
    ___ is missing original signature by plaintiff/petitioner on motion
    ___ is missing affidavit
    ___ affidavit is incomplete
    ___ is missing original signature by plaintiff/petitioner on affidavit
    ___ affidavit is not notarized or is not properly notarized
    ___ other _____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

Dated this 22nd day of May, 2007

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge