IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00193-MSK-MEH

JULIE A. MCTWIGAN-EVANS, as Personal Representative of
the Estate of Bill Evans,

    Plaintiff,

v.

KAREN SPAULDING;
BRIAN IVERS; and
THE CITY OF FORT COLLINS, a Colorado municipal corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, October 1, 2007.**

    Plaintiff's Attorney's Motion for Leave to Appear at Hearing by Telephone [Filed September 27, 2007; Docket #134] is **denied**. Defendants' counsel was permitted to appear by phone because the hearing was not set to address conduct by Defendants' counsel. Rather, the purpose of the hearing is to address Mr. Wotan's failure to follow Court deadlines, which the Court does not believe can be accomplished by phone. Accordingly, Mr. Wotan shall appear in person as ordered by the Court.

    Plaintiff Julie Ann McTwigan-Evans may participate by phone by contacting Chambers directly at (303) 844-4507 at the designated time.